Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on August 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Anthony LaMarco, | Case No. 20-13270-VFP |
|  | Hearing Date:  August 19, 2021 at 10:00 a.m. |
| Debtor. | Judge: Vincent F. Papalia |

## ORDER AUTHORIZING MORTGAGE DEFERMENT AGREEMENT

The relief set forth on the following page is **ORDERED.**

**DATED: August 23, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: Anthony LaMarco
Case No.: 20-13270-VFP
Caption of Order: **ORDER AUTHORIZING MORTGAGE DEFERMENT AGREEMENT**

THIS MATTER having been opened to the Court upon the motion of Flagstar Bank ("Movant") for an Order authorizing Anthony LaMarco ("Debtor") to enter into a promissory note and partial claims mortgage (the "Deferral Agreement") with respect the property located at 12 Dalrymple Street, Randolph, New Jersey 07869 and subject to a lien held by Movant, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. Debtor and Movant are authorized to enter into Deferral Agreement annexed to the Motion as **Exhibit "A."**