Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on August 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Anthony LaMarco, | Case No. 20-13270-VFP |
| | Hearing Date: August 19, 2021 at 10:00 a.m. |
| Debtor. | Judge: Vincent F. Papalia |

**ORDER AUTHORIZING MORTGAGE DEFERMENT AGREEMENT**

The relief set forth on the following page is **ORDERED.**

**DATED: August 23, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Anthony LaMarco |
| Case No.: | 20-13270-VFP |
| Caption of Order: | **ORDER AUTHORIZING MORTGAGE DEFERMENT AGREEMENT** |

THIS MATTER having been opened to the Court upon the motion of Flagstar Bank ("Movant") for an Order authorizing Anthony LaMarco ("Debtor") to enter into a promissory note and partial claims mortgage (the "Deferral Agreement") with respect the property located at 12 Dalrymple Street, Randolph, New Jersey 07869 and subject to a lien held by Movant, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. Debtor and Movant are authorized to enter into Deferral Agreement annexed to the Motion as **Exhibit "A."**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13270-VFP |
| Anthony LaMarco | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 24, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anthony LaMarco, 12 Dalrymple Street, Randolph, NJ 07869-1431 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 26, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor FLAGSTAR BANK NJ_ECF_Notices@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Flagstar Bank phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Scott M. Wilhelm | on behalf of Debtor Anthony LaMarco kathleenc@wwgrlaw.com  G27019@notify.cincompass.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Aug 24, 2021     Form ID: pdf903     Total Noticed: 1
TOTAL: 6