Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on May 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>Anthony LaMarco,<br><br><br><br>Debtor. | Chapter 13<br><br>Case No. 20-13270-VFP<br><br>Hearing Date:  June 1, 2023 @ 10:00AM<br><br>Judge: Vincent F. Papalia |
|---|---|

### ORDER AUTHORIZING MORTGAGE DEFERMENT AGREEMENT

The relief set forth on the following page is **ORDERED.**

**DATED: May 23, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Anthony LaMarco |
| Case No.: | 20-13270-VFP |
| Caption of Order: | **ORDER AUTHORIZING MORTGAGE DEFERMENT AGREEMENT** |

THIS MATTER having been opened to the Court upon the motion of Flagstar Bank, N.A. ("Movant") concerning real property located at 12 Dalrymple Street, Randolph, New Jersey 07869 for an Order Authorizing Deferment Agreement and the Court having considered any objections file to such motion, it is hereby ORDERED that:

1. Debtor and Movant are authorized to enter into and participate in the Deferment Agreement, also described a a Partial Claims Mortgage, annexed to the Certification in support of the Motion as **Exhibit "A."**