Laura Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on May 23, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Anthony LaMarco, | Case No. 20-13270-VFP |
|  | Hearing Date: June 1, 2023 @ 10:00AM |
| Debtor. | Judge: Vincent F. Papalia |

**ORDER AUTHORIZING MORTGAGE DEFERMENT AGREEMENT**

The relief set forth on the following page is **ORDERED.**

**DATED: May 23, 2023**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

| | |
|---|---|
| Debtor: | Anthony LaMarco |
| Case No.: | 20-13270-VFP |
| Caption of Order: | **ORDER AUTHORIZING MORTGAGE DEFERMENT AGREEMENT** |

THIS MATTER having been opened to the Court upon the motion of Flagstar Bank, N.A. ("Movant") concerning real property located at 12 Dalrymple Street, Randolph, New Jersey 07869 for an Order Authorizing Deferment Agreement and the Court having considered any objections file to such motion, it is hereby ORDERED that:

1. Debtor and Movant are authorized to enter into and participate in the Deferment Agreement, also described a a Partial Claims Mortgage, annexed to the Certification in support of the Motion as **Exhibit "A."**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13270-VFP |
| Anthony LaMarco | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 24, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Anthony LaMarco, 12 Dalrymple Street, Randolph, NJ 07869-1431 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023             Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:**

**Name                Email Address**

Denise E. Carlon
    on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman
    on behalf of Creditor Flagstar Bank N.A. bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@raslg.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor Flagstar Bank FSB mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor FLAGSTAR BANK mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor Flagstar Bank phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: May 24, 2023 | Form ID: pdf903 | Total Noticed: 1

Scott M. Wilhelm
    on behalf of Debtor Anthony LaMarco JenniferC@wwgrlaw.com  G27019@notify.cincompass.com;wilhelms@wwgrlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8