| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SCOTT M. WILHELM, Esq.<br>Winegar, Wilhelm, Glynn & Roemersma, P.C.<br>305 Roseberry Street<br>Phillipsburg, New Jersey 08865<br>Telephone: (908) 454-3200<br>Facsimile:  (908) 454-3322<br>Email: wilhelms@wwgrlaw.com<br>*Attorney for Debtor* |

| | |
|---|---|
| In Re:<br><br>ANTHONY LaMARCO | Case No.:    20-13270 (VFP)<br><br>Chapter:    13<br><br>Hearing Date:    September 21, 2023<br><br>Judge:    Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, JENNIFER CERRATO:

    ☐ represent the _____ in this matter.

    ☒ am the secretary/paralegal for SCOTT M. WILHELM, ESQ., who represents the Debtor,

    ANTHONY LaMARCO, in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On September 14, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *[Place a check next to each document you served]*

    ☐ Notice of Motion to Reinstate the Automatic Stay

    ☐ Certification in Support of Motion to Reinstate the Automatic Stay

    ☐ Statement as to Why No Brief is Necessary

☐ Proposed Order Granting Motion to Reinstate the Automatic Stay

☒ Other: Certification in Opposition to Mortgagee's Motion to Vacate Automatic Stay and Co-Debtor Stay

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: September 14, 2023                     *Jennifer Cerrato*
                                              Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other: ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100 Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☒ Other: ECF<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Laura Egerman<br>McCalla Raymer Leibert Pierce, LLC<br>485F US Highway 1 South<br>Suite 200<br>Iselin, NJ 08830 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Flagstar Bank<br>PO BOX 660263<br>Dallas TX 75266 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested |

2

| | | |
|---|---|---|
| | | ☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Denise E. Carlon<br>KML Law Group, PC<br>701 Market Street<br>Suite 50000<br>Philadelphia, PA 19106 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Melanie Carmela Grime<br>Phelan Hallinan Diamond & Jones, PC<br>1617 JFK Blvd.<br>Suite 1400<br>Philadelphia, PA 19103 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Melissa N. Licker<br>Hill Wallack, LLP<br>261 Madison Avenue<br>9th Floor<br>New York, NY 10016 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Sherri Jennifer Smith<br>Pincus Law Group, PLLC<br>425 RXR Plaza<br>Uniondale, NY 11556 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |
| Robert Davidow<br>Mason, Griffin & Pierson, PC<br>101 Poor Farm Road<br>Princeton, NJ 08540 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/Return receipt requested<br>☐ Other _____<br>(As authorized by the court or rule. Cite the rule if applicable.) |

4