UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Laura Egerman, Esq.
McCalla Raymer Leibert Pierce, LLC
485F Route 1 South, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ _ECF _ Notices@mccalla.com
Attorneys for Movant

In Re:

Anthony LaMarco

Case No.: 20-13270-VFP

Chapter: 13

Hearing Date: November 16, 2023

Judge: Vincent F. Papalia

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Motion for Relief from Stay (DE 45)

Date: October 26, 2023

/s/ Laura Egerman
Signature

*rev.8/1/15*