| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee**<br><br>IN RE:<br><br>ANTHONY LAMARCO | Case No.: 20-13270<br><br>Adv. No.:<br><br>Hearing Date: 04/04/2024<br><br>Judge: VFP |

## CERTIFICATION OF SERVICE

1. I, Keith Guarneri, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 03/12/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ANTHONY LAMARCO
12 DALRYMPLE STREET
RANDOLPH, NJ  07869
Mode of Service:  Regular Mail

Attorney for Debtor(s):
SCOTT M WILHELM
WINEGAR, WILHELM, GLYNN & ROSEMERSMA
305 ROSEBERRRY ST
PO BOX 800
PHILLIPSBURG, NJ  08865
Mode of Service:  ECF and/or Regular Mail

Dated:  March 12, 2024

By:  /S/  Keith Guarneri
Keith Guarneri