Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−13270−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Anthony LaMarco
  12 Dalrymple Street
  Randolph, NJ 07869

Social Security No.:
  xxx−xx−5838

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/6/24 at 10:00 AM

to consider and act upon the following:

**55** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/16/2024. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

**57** − Certification in Opposition to Trustee's Certification of Default (related document:55 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/16/2024. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Scott M. Wilhelm on behalf of Anthony LaMarco. (Attachments: # 1 Exhibit # 2 Certification) (Wilhelm, Scott)

Dated: 5/15/24

                              Jeanne Naughton
                              Clerk, U.S. Bankruptcy Court