Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 20−13270−VFP
                    Chapter: 13
                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Anthony LaMarco
    12 Dalrymple Street
    Randolph, NJ 07869

Social Security No.:
    xxx−xx−5838

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/6/24 at 10:00 AM

to consider and act upon the following:

**55** − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/16/2024. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

**57** − Certification in Opposition to Trustee's Certification of Default (related document:55 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 5/16/2024. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Scott M. Wilhelm on behalf of Anthony LaMarco. (Attachments: # 1 Exhibit # 2 Certification) (Wilhelm, Scott)

Dated: 5/15/24

                    Jeanne Naughton
                    Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-13270-VFP
Anthony LaMarco  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　User: admin　　　　　　　　　　Page 1 of 2
Date Rcvd: May 16, 2024　　　　　　　Form ID: ntchrgbk　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**
+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2024:**

**Recip ID　　　Recipient Name and Address**
db　　　　+ Anthony LaMarco, 12 Dalrymple Street, Randolph, NJ 07869-1431

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2024　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

**Name　　　　Email Address**

Denise E. Carlon
　　　on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman
　　　on behalf of Creditor Flagstar Bank laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Laura M. Egerman
　　　on behalf of Creditor Flagstar Bank  N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
　　　magecf@magtrustee.com

Melissa N. Licker
　　　on behalf of Creditor FLAGSTAR BANK mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker
　　　on behalf of Creditor Flagstar Bank  FSB mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: May 16, 2024 | Form ID: ntchrgbk | Total Noticed: 1

Phillip Andrew Raymond
        on behalf of Creditor Flagstar Bank phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Scott M. Wilhelm
        on behalf of Debtor Anthony LaMarco wilhelms@wwgrlaw.com  jenniferc@wwgrlaw.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9