| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | Order Filed on June 21, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>ANTHONY LAMARCO | Case No.:  20-13270 VFP<br><br>Hearing Date:  6/20/2024 |

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 21, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  ANTHONY LAMARCO

Case No.:  20-13270

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 06/20/2024 on notice to SCOTT M WILHELM, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $2,150.00 to the Trustee's office by 6/28/2024 to be current with Trustee payments through June or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 7/18/2024 at 10:00 AM.