**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

Order Filed on June 21, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

ANTHONY LAMARCO

Case No.:  20-13270 VFP

Hearing Date:  6/20/2024

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: June 21, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): ANTHONY LAMARCO

Case No.: 20-13270

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

---

THIS MATTER having come before the Court on 06/20/2024 on notice to SCOTT M WILHELM, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay $2,150.00 to the Trustee's office by 6/28/2024 to be current with Trustee payments through June or the case will be dismissed with no further Notice to Debtor or Debtor's Attorney; and it is further

- ORDERED, that if satisfied, the Trustee's certification of default will be adjourned to 7/18/2024 at 10:00 AM.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-13270-VFP
Anthony LaMarco  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Jun 21, 2024    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2024:**

**Recip ID    Recipient Name and Address**
db    + Anthony LaMarco, 12 Dalrymple Street, Randolph, NJ 07869-1431

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2024 at the address(es) listed below:

**Name    Email Address**

Denise E. Carlon
    on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Laura M. Egerman
    on behalf of Creditor Flagstar Bank laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com

Laura M. Egerman
    on behalf of Creditor Flagstar Bank  N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor FLAGSTAR BANK mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor Flagstar Bank  FSB mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 21, 2024 | Form ID: pdf903 | Total Noticed: 1

Phillip Andrew Raymond
                              on behalf of Creditor Flagstar Bank phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Scott M. Wilhelm
                              on behalf of Debtor Anthony LaMarco wilhelms@wwgrlaw.com  jenniferc@wwgrlaw.com

U.S. Trustee
                              USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9