Laura  Egerman
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S
Suite 300
Iselin, NJ  08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on July 26, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Anthony LaMarco, | Case No. 20-13270-VFP |
| Debtor. | Judge: Vincent F. Papalia |

### CONSENT ORDER RESOLVING REINSTATEMENT OF THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS

The relief set forth on the following pages, number two (2) through three (3) is hereby

### ORDERED

**DATED: July 26, 2024**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor:              Anthony LaMarco
Case No.:            20-13270-VFP
Caption of Order:    **CONSENT ORDER RESOLVING REINSTATEMENT OF**
                     **THE AUTOMATIC STAY AND PROVIDING FOR CURE**
                     **OF POST-PETITION ARREARS**

---

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay (**ECF No. 60**) and Order Granting Motion for Relief from Stay and Co-Debtor Stay (**ECF No. 61**) of Flagstar Bank, NA ("Secured Creditor ") with respect to the property known as 12 Dalrymple Street, Randolph, NJ 07869 (the "Property"), and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1.      The Order Granting Motion for Relief from Stay and Co-Debtor Stay (**ECF No. 61**) is hereby vacated and the automatic stay is hereby reinstated as to Secured Creditor and the Property.

2.      Debtor is now post-petition current and is due for the August 1, 2024 post-petition monthly payment in the amount of $2,658.25.

3.      Debtor shall resume post-petition payments to be paid timely and in full with the August 1, 2024 payment.

4.      If Debtor should default and fail to make future post-petition payments to Secured Creditor that come due during the pendency of this case for thirty (30) days from the due date, Secured Creditor's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Secured Creditor to proceed with its action against the real property known as 12 Dalrymple Street, Randolph, NJ 07869.

5.      Debtor shall pay attorney fees and costs for the reinstatement order in the amount of $250.00 to be paid as an administrative claim through the plan.

Page 3

| | |
|---|---|
| Debtor: | Anthony LaMarco |
| Case No.: | 20-13270-VFP |
| Caption of Order: | **CONSENT ORDER RESOLVING REINSTATEMENT OF THE AUTOMATIC STAY AND PROVIDING FOR CURE OF POST-PETITION ARREARS** |

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor

By:  /s/ Laura Egerman
         Laura  Egerman

Date:  07/24/2024

Winegar, Wilhelm, Glynn & Roemersma
Attorney for the Debtor

By:  _Scott Wilhelm_

         Scott M. Wilhelm

Date:  _JULY 23, 2024_

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 20-13270-VFP
Anthony LaMarco                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 29, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | +  Anthony LaMarco, 12 Dalrymple Street, Randolph, NJ 07869-1431 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024               Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Flagstar Bank laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Flagstar Bank  N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor FLAGSTAR BANK mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor Flagstar Bank  FSB mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |

District/off: 0312-2

Date Rcvd: Jul 29, 2024

User: admin

Form ID: pdf903

Page 2 of 2

Total Noticed: 1

Phillip Andrew Raymond

on behalf of Creditor Flagstar Bank phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Scott M. Wilhelm

on behalf of Debtor Anthony LaMarco wilhelms@wwgrlaw.com  jenniferc@wwgrlaw.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9