Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  20−13270−VFP
          Chapter:  13
          Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony LaMarco
   12 Dalrymple Street
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−5838

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/12/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 12, 2025
JAN: jf

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 20-13270-VFP

Anthony LaMarco                                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                           Page 1 of 3

Date Rcvd: Mar 12, 2025                 Form ID: 148                       Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony LaMarco, 12 Dalrymple Street, Randolph, NJ 07869-1431 |
| cr | + | FLAGSTAR BANK, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518735171 | + | Anthony J. Migliaccio, Jr., Esq., 500 North Franklin Turnpike, P.O. Box 278, Ramsey, NJ 07446-0278 |
| 518735177 | | Department of Education, FedLoan Servicing, P.O. Box 790234, St. Louis, MO 63179-0234 |
| 518735181 | | New Jersey Division of Pensions and Benefits, P.O. Box 295, Trenton, NJ 08625-0295 |
| 518735182 | + | Synchrony Bank/CareCredit Rewards, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 12 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 12 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Mar 13 2025 00:51:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518735169 | | Email/PDF: bncnotices@becket-lee.com | Mar 12 2025 21:36:09 | American Express Amex, P.O. Box 1270, Newark, NJ 07101-1270 |
| 518735170 | | Email/PDF: bncnotices@becket-lee.com | Mar 12 2025 21:34:36 | American Express Blue Cash Everyday, P.O. Box 1270, Newark, NJ 07101-1270 |
| 518781159 | | Email/PDF: bncnotices@becket-lee.com | Mar 12 2025 21:34:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518735172 | | EDI: BANKAMER | Mar 13 2025 00:51:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 518758549 | + | EDI: BANKAMER2 | Mar 13 2025 00:51:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518735173 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 13 2025 02:43:43 | Bob's Furniture/Wells Fargo Bank, P.O. Box 5132, Sioux Falls, SD 57117-5132 |
| 518786644 | + | EDI: AIS.COM | Mar 13 2025 00:51:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518786644 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 12 2025 21:36:10 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518735174 | | EDI: CITICORP | Mar 13 2025 00:51:00 | Citi Cards, P.O. Box 9001016, Louisville, KY 40290-1016 |
| 518735175 | | EDI: CITICORP | Mar 13 2025 00:51:00 | Citi Diamond Preferred Card, P.O. Box 70166, Philadelphia, PA 19176-0166 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518735176 | ^ | MEBN | Mar 12 2025 21:00:22 | D & A Services, LLC, 1400 E. Touhy Avenue, Suite G2, Des Plaines, IL 60018-3338 |
| 518935705 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 12 2025 21:03:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518935706 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 12 2025 21:03:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518826623 | + | Email/Text: servicingmailhub@flagstar.com | Mar 12 2025 21:03:00 | FLAGSTAR BANK, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 518735178 | | Email/Text: servicingmailhub@flagstar.com | Mar 12 2025 21:03:00 | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 518735179 | | Email/Text: GCSBankruptcy@gcserv.com | Mar 12 2025 21:02:00 | GC Services, Limited Partnership, P.O. Box 3855, Houston, TX 77253 |
| 518824626 | | EDI: JEFFERSONCAP.COM | Mar 13 2025 00:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518792528 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2025 21:34:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518735180 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Mar 12 2025 21:03:00 | Nelnet, P.O. Box 2970, Omaha, NE 68103-2970 |
| 518757448 | + | Email/Text: bncnotifications@pheaa.org | Mar 12 2025 21:02:00 | Nelnet on behalf of PHEAA, PA Higher Education Assistance Agency, PO Box 8147, Harrisburg, PA. 17105-8147 |
| 518737861 | ^ | MEBN | Mar 12 2025 21:00:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518735183 | | EDI: SYNC | Mar 13 2025 00:51:00 | Synchrony Bank/Walmart Mastercard, P.O. Box 960024, Orlando, FL 32896-0024 |
| 518735183 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2025 21:12:05 | Synchrony Bank/Walmart Mastercard, P.O. Box 960024, Orlando, FL 32896-0024 |
| 518735184 | + | EDI: SYNC | Mar 13 2025 00:51:00 | Synchrony Mastercard, P.O. Box 530939, Atlanta, GA 30353-0939 |
| 518735184 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 12 2025 21:11:32 | Synchrony Mastercard, P.O. Box 530939, Atlanta, GA 30353-0939 |
| 518735185 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 12 2025 21:02:00 | Toyota Motor Credit Corp., P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 518809202 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 12 2025 21:02:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518808134 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 12 2025 21:53:51 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518781162 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Flagstar Bank laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Flagstar Bank N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Flagstar Bank FSB mlicker@hinshawlaw.com |
| Melissa N. Licker | on behalf of Creditor FLAGSTAR BANK mlicker@hinshawlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor Flagstar Bank phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Scott M. Wilhelm | on behalf of Debtor Anthony LaMarco wilhelms@wwgrlaw.com jenniferc@wwgrlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9