# WILHELM & ROEMERSMA, P.C.



ATTORNEYS-AT-LAW

SCOTT M. WILHELM*†▪
BRIAN A. ROEMERSMA*†♦
JENNIFER L. TOTH*†
KELLY CORRENTY*†
MARY C. ANODIDE*†
MADISON M. BENNETT†
RICHARD H. YETTER, III*†

305 ROSEBERRY STREET
PHILLIPSBURG, NEW JERSEY 08865
PHONE: (908) 454-3200
FAX:     (908) 454-3322

WWGRLAW.COM

EMAIL: WILHELMS@WWGRLAW.COM

*LICENSED IN NJ
†LICENSED IN PA

▪ Certified by the Supreme Court of New Jersey
as a Municipal Court Law Attorney
♦ Certified by the Supreme Court of New Jersey
as a Workers' Compensation Law Attorney

April 4, 2025

**VIA CERTIFIED MAIL RRR**
Marie-Ann Greenberg
Chapter 13 Standing Trustee
PO Box 250
Memphis, TN 38101-0520

RE:    Anthony LaMarco
       Case No: 20-13270

Dear Trustee Greenberg:

As you are aware, there is a pending motion to reinstate Mr. LaMarco's bankruptcy case as he is currently in the areas in the amount of $500.00. The debtor is able to make a payment in full to bring his account current. Enclosed herein, please find a bank certified check in the amount of $500.00.

If you have any questions, please do not hesitate in contacting me.

Very truly yours,

Scott M. Wilhelm
SMW/jc
Enclosure
cc:    Anthony LaMarco (via email)
       David Martin, Esq. (via email)



**WILHELM & ROEMERSMA, P.C.**
ATTORNEYS-AT-LAW
305 ROSEBERRY STREET
PHILLIPSBURG, NEW JERSEY 08865

7019 1640 0000 2053 3591

CERTIFIED MAIL

Marie-Ann Greenberg
Chapter 13 Standing Trustee
PO Box 250
Memphis, TN 38101-0520

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Marie-Ann Greenberg
Chapter 13 Standing Trustee
P.O. Box 520
Memphis, TN, 38101-0520

9590 9402 8929 4064 0069 92

2. Article Number (Transfer from service label)
7019 1640 0000 2053 3591

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X ☐ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery



# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 70191640000020533591

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered and is available at a PO Box at 7:01 am on April 16, 2025 in MEMPHIS, TN 38101.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, PO Box**
MEMPHIS, TN 38101
April 16, 2025, 7:01 am

### Arrived at Post Office

MEMPHIS, TN 38101
April 16, 2025, 1:57 am

### Arrived at USPS Regional Facility

MEMPHIS TN DISTRIBUTION CENTER
April 15, 2025, 12:56 pm

### In Transit to Next Facility

April 13, 2025

### Arrived at USPS Regional Facility

LEHIGH VALLEY PA DISTRIBUTION CENTER
April 8, 2025, 2:35 pm

● Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs