Form ntcrics − ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−13270−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony LaMarco
   12 Dalrymple Street
   Randolph, NJ 07869

Social Security No.:
   xxx−xx−5838

Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE**

   Notice is hereby given that an order vacating dismissal of this case was entered on 6/11/25. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

   The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: June 11, 2025
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13270-VFP |
| Anthony LaMarco | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 11, 2025 | Form ID: ntcrics | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony LaMarco, 12 Dalrymple Street, Randolph, NJ 07869-1431 |
| cr | + | FLAGSTAR BANK, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518735171 | + | Anthony J. Migliaccio, Jr., Esq., 500 North Franklin Turnpike, P.O. Box 278, Ramsey, NJ 07446-0278 |
| 518735177 | | Department of Education, FedLoan Servicing, P.O. Box 790234, St. Louis, MO 63179-0234 |
| 518735178 | | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 518735181 | | New Jersey Division of Pensions and Benefits, P.O. Box 295, Trenton, NJ 08625-0295 |
| 518735182 | + | Synchrony Bank/CareCredit Rewards, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 11 2025 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2025 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 11 2025 20:50:21 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518735169 | | Email/PDF: bncnotices@becket-lee.com | Jun 11 2025 20:49:06 | American Express Amex, P.O. Box 1270, Newark, NJ 07101-1270 |
| 518735170 | | Email/PDF: bncnotices@becket-lee.com | Jun 11 2025 20:49:02 | American Express Blue Cash Everyday, P.O. Box 1270, Newark, NJ 07101-1270 |
| 518781159 | | Email/PDF: bncnotices@becket-lee.com | Jun 11 2025 20:49:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518735172 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 11 2025 20:38:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 518758549 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 11 2025 20:39:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518735173 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 11 2025 20:49:51 | Bob's Furniture/Wells Fargo Bank, P.O. Box 5132, Sioux Falls, SD 57117-5132 |
| 518786644 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 11 2025 20:48:15 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518735174 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2025 20:50:40 | Citi Cards, P.O. Box 9001016, Louisville, KY 40290-1016 |
| 518735175 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 11 2025 20:49:35 | Citi Diamond Preferred Card, P.O. Box 70166, Philadelphia, PA 19176-0166 |
| 518735176 | ^ | MEBN | Jun 11 2025 20:32:20 | D & A Services, LLC, 1400 E. Touhy Avenue, |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Suite G2, Des Plaines, IL 60018-3338 |
| 518935705 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 11 2025 20:40:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518935706 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 11 2025 20:40:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518826623 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 11 2025 20:39:00 | FLAGSTAR BANK, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 518735179 | | Email/Text: GCSBankruptcy@gcserv.com | Jun 11 2025 20:38:00 | GC Services, Limited Partnership, P.O. Box 3855, Houston, TX 77253 |
| 518824626 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 11 2025 20:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518792528 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 11 2025 20:50:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518735180 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 11 2025 20:40:00 | Nelnet, P.O. Box 2970, Omaha, NE 68103-2970 |
| 518757448 | + | Email/Text: bncnotifications@pheaa.org | Jun 11 2025 20:39:00 | Nelnet on behalf of PHEAA, PA Higher Education Assistance Agency, PO Box 8147, Harrisburg, PA. 17105-8147 |
| 518737861 | ^ | MEBN | Jun 11 2025 20:33:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518735183 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2025 20:50:35 | Synchrony Bank/Walmart Mastercard, P.O. Box 960024, Orlando, FL 32896-0024 |
| 518735184 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 11 2025 20:47:43 | Synchrony Mastercard, P.O. Box 530939, Atlanta, GA 30353-0939 |
| 518735185 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 11 2025 20:39:00 | Toyota Motor Credit Corp., P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 518809202 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 11 2025 20:39:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518808134 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 11 2025 20:47:58 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518781162 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Case 20-13270-VFP    Doc 82    Filed 06/13/25    Entered 06/14/25 00:17:23    Desc Imaged
Certificate of Notice    Page 4 of 4

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 11, 2025 | Form ID: ntcrics | Total Noticed: 34 |
| Date: Jun 13, 2025 | Signature: /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Flagstar Bank laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Flagstar Bank N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Flagstar Bank FSB mlicker@hinshawlaw.com |
| Melissa N. Licker | on behalf of Creditor FLAGSTAR BANK mlicker@hinshawlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor Flagstar Bank phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Scott M. Wilhelm | on behalf of Debtor Anthony LaMarco wilhelms@wwgrlaw.com jenniferc@wwgrlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9