| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>*[Enter your name, address and phone number]*<br><br>SCOTT M. WILHELM, Esq.<br>Wilhelm & Roemersma, P.C.<br>305 Roseberry Street<br>Phillipsburg, New Jersey 08865<br>Telephone: (908) 454-3200<br>Facsimile: (908) 454-3322<br>Email: wilhelms@wwgrlaw.com<br>*Attorney for Debtors* | Order Filed on June 11, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>*[Enter the debtor's name(s)]*<br><br>Anthony LaMarco | Case No.: 20-13270 (VFP)<br>*[Enter the case number]*<br><br>Chapter: 13<br>*[Enter the case number]*<br><br>Hearing Date: May 1, 2025<br>*[Enter the hearing date]*<br><br>Judge: Vincent F. Papalia<br>*[Enter the Judge's last name]* |

## ORDER GRANTING MOTION TO VACATE DISMISSAL AND TO ALLOW DEBTORS TO COMPLETE PLAN

The relief set forth on the following page is **ORDERED**.

**DATED: June 11, 2025**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The Court having reviewed the movant's <u>Motion to Vacate Dismissal and To allow debtors to complete chapter 13 payments</u> , and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* <u>this Court's February 24, 2025 Order of Dismissal is vacated and Debtors are permitted to complete Plan Payments.</u>

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* <u>Debtor's counsel shall immediately tender $500.00 in his possession to complete the case.</u>

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 20-13270-VFP
Anthony LaMarco                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                          Page 1 of 2
Date Rcvd: Jun 11, 2025                    Form ID: pdf903                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2025:**

**Recip ID**          **Recipient Name and Address**
db                +  Anthony LaMarco, 12 Dalrymple Street, Randolph, NJ 07869-1431

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2025                            Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2025 at the address(es) listed below:

**Name**                          **Email Address**
Denise E. Carlon
    on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman
    on behalf of Creditor Flagstar Bank laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com

Laura M. Egerman
    on behalf of Creditor Flagstar Bank  N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Melissa N. Licker
    on behalf of Creditor FLAGSTAR BANK mlicker@hinshawlaw.com

Melissa N. Licker
    on behalf of Creditor Flagstar Bank  FSB mlicker@hinshawlaw.com

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Jun 11, 2025 Form ID: pdf903 Total Noticed: 1

Phillip Andrew Raymond
       on behalf of Creditor Flagstar Bank phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com

Scott M. Wilhelm
       on behalf of Debtor Anthony LaMarco wilhelms@wwgrlaw.com jenniferc@wwgrlaw.com

U.S. Trustee
       USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9