**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Anthony LaMarco <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5838 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–13270–VFP | |

# Order of Discharge                                                       12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Anthony LaMarco

<u>7/3/25</u>                                         **By the court:** <u>Vincent F. Papalia</u>
                                                             United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13270-VFP |
| Anthony LaMarco | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 03, 2025 | Form ID: 3180W | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Anthony LaMarco, 12 Dalrymple Street, Randolph, NJ 07869-1431 |
| cr | + | FLAGSTAR BANK, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518735171 | + | Anthony J. Migliaccio, Jr., Esq., 500 North Franklin Turnpike, P.O. Box 278, Ramsey, NJ 07446-0278 |
| 518735177 | | Department of Education, FedLoan Servicing, P.O. Box 790234, St. Louis, MO 63179-0234 |
| 518735178 | | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 518735181 | | New Jersey Division of Pensions and Benefits, P.O. Box 295, Trenton, NJ 08625-0295 |
| 518735182 | + | Synchrony Bank/CareCredit Rewards, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 03 2025 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 03 2025 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Jul 04 2025 00:27:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518735169 | | Email/PDF: bncnotices@becket-lee.com | Jul 03 2025 20:59:43 | American Express Amex, P.O. Box 1270, Newark, NJ 07101-1270 |
| 518735170 | | Email/PDF: bncnotices@becket-lee.com | Jul 03 2025 20:46:20 | American Express Blue Cash Everyday, P.O. Box 1270, Newark, NJ 07101-1270 |
| 518781159 | | Email/PDF: bncnotices@becket-lee.com | Jul 03 2025 20:59:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518735172 | | EDI: BANKAMER | Jul 04 2025 00:24:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886-5019 |
| 518758549 | + | EDI: BANKAMER2 | Jul 04 2025 00:27:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518735173 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jul 03 2025 21:11:19 | Bob's Furniture/Wells Fargo Bank, P.O. Box 5132, Sioux Falls, SD 57117-5132 |
| 518786644 | + | EDI: AIS.COM | Jul 04 2025 00:27:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518735174 | | EDI: CITICORP | Jul 04 2025 00:24:00 | Citi Cards, P.O. Box 9001016, Louisville, KY 40290-1016 |
| 518735175 | | EDI: CITICORP | Jul 04 2025 00:24:00 | Citi Diamond Preferred Card, P.O. Box 70166, Philadelphia, PA 19176-0166 |
| 518735176 | ^ | MEBN | Jul 03 2025 20:36:27 | D & A Services, LLC, 1400 E. Touhy Avenue, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Suite G2, Des Plaines, IL 60018-3338 |
| 518935705 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 03 2025 20:39:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518935706 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 03 2025 20:39:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 518826623 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 03 2025 20:38:00 | FLAGSTAR BANK, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY MI 48098-2639 |
| 518735179 | | Email/Text: GCSBankruptcy@gcserv.com | Jul 03 2025 20:37:00 | GC Services, Limited Partnership, P.O. Box 3855, Houston, TX 77253 |
| 518824626 | | EDI: JEFFERSONCAP.COM | Jul 04 2025 00:27:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518792528 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 03 2025 21:11:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518735180 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 03 2025 20:39:00 | Nelnet, P.O. Box 2970, Omaha, NE 68103-2970 |
| 518757448 | + | Email/Text: bncnotifications@pheaa.org | Jul 03 2025 20:38:00 | Nelnet on behalf of PHEAA, PA Higher Education Assistance Agency, PO Box 8147, Harrisburg, PA. 17105-8147 |
| 518737861 | ^ | MEBN | Jul 03 2025 20:37:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518735183 | | EDI: SYNC | Jul 04 2025 00:24:00 | Synchrony Bank/Walmart Mastercard, P.O. Box 960024, Orlando, FL 32896-0024 |
| 518735184 | + | EDI: SYNC | Jul 04 2025 00:24:00 | Synchrony Mastercard, P.O. Box 530939, Atlanta, GA 30353-0939 |
| 518735185 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 03 2025 20:38:00 | Toyota Motor Credit Corp., P.O. Box 5855, Carol Stream, IL 60197-5855 |
| 518809202 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 03 2025 20:38:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518808134 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jul 03 2025 20:59:43 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518781162 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: 3180W | Total Noticed: 34 |

Date: Jul 05, 2025    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor FLAGSTAR BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor Flagstar Bank laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Laura M. Egerman | on behalf of Creditor Flagstar Bank  N.A. laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Flagstar Bank  FSB mlicker@hinshawlaw.com |
| Melissa N. Licker | on behalf of Creditor FLAGSTAR BANK mlicker@hinshawlaw.com |
| Phillip Andrew Raymond | on behalf of Creditor Flagstar Bank phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Scott M. Wilhelm | on behalf of Debtor Anthony LaMarco wilhelms@wwgrlaw.com jenniferc@wwgrlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9